UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BREE BOULAIS<br>　　　　*Plaintiff,*<br><br>vs.<br><br>CITY OF WARWICK and WARWICK WATER DIVISION, by and through Mayor Frank J. Picozzi, in his official capacity<br>　　　　*Defendants* | C.A. No. 1:24-cv-00236-JJM-LDA |

### **DISMISSAL STIPULATION**

Plaintiff, Bree Boulais, and Defendants, City of Warwick and Warwick Water Division, by and through Mayor Frank J. Picozzi (in his official capacity), hereby stipulate and agree by and through their undersigned counsel, that Plaintiff's Complaint is hereby dismissed, with prejudice, with no costs and fees to the parties.

　　　　　　　　　　　　　　　　Defendants,
　　　　　　　　　　　　　　　　By their Attorneys,

　　　　　　　　　　　　　　　　*/s/ Marc DeSisto*
　　　　　　　　　　　　　　　　Marc DeSisto, Esq. (#2757)
　　　　　　　　　　　　　　　　*/s/ Jeffrey M. DeSisto*
　　　　　　　　　　　　　　　　Jeffrey M. DeSisto, Esq. (#10561)
　　　　　　　　　　　　　　　　DeSisto Law LLC
　　　　　　　　　　　　　　　　4 Richmond Square
　　　　　　　　　　　　　　　　Providence, RI 02906
　　　　　　　　　　　　　　　　(401) 272-4442
　　　　　　　　　　　　　　　　marc@desistolaw.com
　　　　　　　　　　　　　　　　jeff@desistolaw.com

*Boulais v. Warwick*
*C.A. No. 1:24-cv-00236-JJM-LDA*

## CERTIFICATION OF SERVICE

    I hereby certify that the within document has been electronically filed with the Court on this 24th of February 2025, and available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will effectuated by electronic means:

Paige Munro-Delotto, Esq.
paige@pmdlawoffices.com

                    */s/ Jeffrey M. DeSisto*

2